Walter Merzig, Plaintiff-Appellee, v. Arthur Cibis and
Alan Fisher, Defendants.
Alan Fisher, Certain Defendant-Appellant, v. Walter
Merzig, Appellee.

Gen. No. 11,560.

Second District, Second Division.

April 24, 1962.

Hempstead, Redman, Shearer & Gorecki, of St. Charles, for appellant; Thomas P. O'Malley, of Aurora, for appellee. Opinion by JUDGE WRIGHT. Not to be published in full.